# ELECTRONIC RECORD

COA #   01-13-00969-CR                    OFFENSE:   OTHER CRIMINAL

STYLE:   Luciano Vargas Padilla v. The State of Texas                    COUNTY:   Brazoria

COA DISPOSITION:      AFFIRM                    TRIAL COURT:   149th District Court

DATE: 02/03/2015            Publish: YES   TC CASE #:      69079

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Luciano Vargas Padilla v. The State of Texas                    CCA #:   193-15

_____PRO SE_____ Petition            CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:            DATE: _____

_____Refused,_____            JUDGE: _____

DATE: _05/13/2015_            SIGNED: _____            PC: _____

JUDGE: _Per Curiam_            PUBLISH: _____            DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**